UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PABLO ROCHA,

                Petitioner,

-against-

UNITED STATES FEDERAL BUREAU OF PRISONS,

                Respondent.

24cv6408 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the November 7, 2024, order, this action is dismissed. By order dated September 3, 2024, the Court directed Petitioner, within 30 days, to submit a completed request to proceed in forma pauperis ("IFP" or "IFP application") or pay the $5.00 fee required to file a habeas corpus action in this court. That order specified that failure to comply would result in dismissal of this action. Petitioner has not filed an IFP application or paid the fee. Accordingly, the Court dismisses this action without prejudice. See 28 U.S.C. §§ 1914, 1915. The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.  SO ORDERED.

Dated:    November 8, 2024
              New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge